[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**RECEIVED**
JUL 31 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Clarence Anderson

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Sheriff Thomas Dart,
Ofc. Martinez, Lt. Greer,
Ofc. Athanasaton, Medical
Staff, Sgt. Fizgerald, Sgt.
Rafferty, C.C.D.O.C
Directors.

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

1:18-cv-05219
Judge Gary Feinerman
Magistrate Judge Maria Valdez
PC 9

(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

   A. Name: Clarence Anderson

   B. List all aliases: Clarence Woods

   C. Prisoner identification number: 20160130024

   D. Place of present confinement: Cook County Jail

   E. Address: P.O Box. 089002 Chicago Il 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: Fizgerald
      Title: Sgt.
      Place of Employment: Cook County Jail Div-10

   B. Defendant: Martinez
      Title: Officer
      Place of Employment: Cook County Jail Div-10

   C. Defendant: Rafferty
      Title: Sgt
      Place of Employment: Cook County Jail Div-10

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(3)

Defendant(s):

II. A ~~B~~. Defendant: Athanasaton
Title: Officer
Place of Employment: Cook County Jail Div-10

B. Defendant: Thomas Dart
Title: Sheriff of Cook Count
Place of Employment Cook Count

C. Defendant: Do not know the names of the Directors
Title: Directors
Place of employment Cook Count Jail

Defendant(s):

II.

A. Defendant: Greer
Title: Lt
Place of Employment: Cook County Jail Div-10

B. Defendant: medical staff
Title: medical staff
Place of Employment: Cook County Jail Div-10

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

    A. Name of case and docket number: Anderson v Arce 14-CV-5834

    B. Approximate date of filing lawsuit: Jul 28 2014

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Clarence Anderson, Clarence Woods

    D. List all defendants: Rocca, Miskell, Cannella, Plant, Behanna, Victor Thomas.

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District

    F. Name of judge to whom case was assigned: Geraldine Soat Brown

    G. Basic claim made: Excessive Force

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Settement

    I. Approximate date of disposition: Settement

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3     Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



III. List All lawsuits you (and your so-plaintiffs, if any) have filed in any state or federal court in the United States.

    A. Name of case and docket number: Anderson V. Thomas 2013-CV-6982

    B. Approximate date of filing lawsuit: Jul 16 2014

    C. List all plaintiffs: Clarence Anderson

    D. List all defendants: Supt Victor Thomas, Dr. Ledvora, Do not know other defendants name at this time.

    E. Court in which the lawsuit was Filed: Northern District

    F. Name of judge: Geraldine Soat Brown

    G. Basic claim made: Deliberate indifference

    H. Disposition of this case: Settlement

    I. Approximate date of Disposition: Settlement

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 3-22-18 the Nurse came to Div-10-3-D to pass out medication. Mr. Anderson did not know, at that time that the Nurse was on the Living unit and he did not hear them call Last Call for medication because he can't hear out his left ear all. A inmate came and told Mr Anderson that the officer is calling Last Call for medication. At this time Mr. Anderson got up form his Seat and grad his cane an walk to the inner lock to get his medication, up on making it to the inner lock the nurse was leaving. Mr. Anderson let officer Martinez know he didn't get his medication and that he did not hear them say Last Call. Officer Martinez then approach Mr. Anderson Saying get out of the Door way (3-D Door way) befor I push you out cause the nurse is not coming back. At that time Mr. Anderson ask for a white Shirt. (Sgt or L.t) officer Martinez told Mr. Anderson NO that he will not call a white shirt and threaten to push Mr. Anderson again if he did not get out the Door way. As Mr. Anderson stood still holding his cane asking to see a white shirt, officer Martinez use Excessive Force by push Mr. Anderson to the floor causing Mr. Anderson to hit his head on the Floor and also injurying his back puting Mr. Anderson in a lot of pain. Mr. Anderson also injury his right shoulder. As Mr. 4 Anderson layed on

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

The floor in pain for about 20 to 30 minutes the medical staff finally came to 3-D (Three male medical staff) as well as Lt Greer, Sgt Fizgerald, Sgt Rafferty and officer Athanasaton with some more unknow officer. Mr. Anderson informed Lt Greer, Sgt Fizgerald and Sgt Rafferty that his back, head and Shoulder is in a lot of pain Mr. Anderson medical promblems was ignored because of a inmate. As the medical staff approach Mr. Anderson They (Three male medical staff) ask Mr. Anderson to get up. Mr. Anderson let them know (the medical staff) that he tryed to do that but could not. The older latino medical staff member then stated to Mr. Anderson that if he don't get up, he will leave and put in the computer that Mr. Anderson refuse medicl attention. Mr. Anderson then tryed again to get up but could not because of the pain, the three males from Div 10 medical staff then left, leaving Mr. Anderson on the floor giving Mr. Anderson no medical help. As Mr. Anderson lay on the floor for another 20 to 30 minutes, Sgt Fizgerald and Sgt Rafferty with five more officer (Officer Athanasaton an don't know name of other officer) approach Mr. Anderson with a disciplinary/mental Health chair to put him in ignoring his pain/medical needs. With the approve of Lt Greer, Sgt Rafferty and Sgt Fizgerald the five officer pick Mr Anderson up off the floor with no medical exprince puting Mr. Anderson in a lot of pain. Thomas Dart The Sheriff of Cook County and the Directors of Cook County jail is responsible for the actions of the enployees/Cook County sheriffs here in the Cook County Jail.



5     Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

6

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Granting plaintiff Anderson compensatory damages in the amount of ($500,000.00) against each defendant, jointly and severally. Plaintiff also see recovery of their costs in this suit, and any additional relief this ~~court~~ court deems just proper and equitable.

VI. The plaintiff demands that the case be tried by a jury.  ☑ YES  ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  June  day of  22 , 20 18

_____
(Signature of plaintiff or plaintiffs)

Clarence Anderson
(Print name)

20160130024
(I.D. Number)

P.O Box 089002

Chicago Il 60608

(Address)

6    Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



# Exhibits

① Exhibit: "A" is on page #8. This is the Complaint plaintiff wrote about the Excessive force and Deliberate indifference.

② Exhibit: "B" is on page #9. This is a continuance of Exhibit "A"

③ Exhibit: "C" is on page #10 This is also a continuance of Exhibit "A"

④ Exhibit: "D" is on page #11 This is the inmate Request for an Appeal showing that he exhaust administrativa remedies.

⑤ ~~Exhibit: "E" is on page #~~

⑤ Exhibit: "E" is on page #12 This is a complaint that Mr Anderson put in about his physical disability (being deaf in his left ear)

⑥ Exhibit: "F" is on page #13 This is the Response to Exhibit "E"





# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

2 of 3

**CONTROL #:** 03424020

**INMATE ID #:** [signature]

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! (¡ Para ser llenado solo por el personal de Inmate Services !)

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance
- ☐ Cermak Health Services
- ☐ Superintendent: _____
- ☐ Other: _____

**PRINT - INMATE LAST NAME** (Apellido del Preso): Anderson
**PRINT - FIRST NAME** (Primer Nombre): Clarence
**INMATE BOOKING NUMBER** (# de identificación del Preso): 20160130024

**DIVISION** (División): 8 RTU
**LIVING UNIT** (Unidad): 3G
**DATE** (Fecha): 3-22-18

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarías a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

**REQUIRED - DATE OF INCIDENT** (Fecha del Incidente): 3-22-18
**REQUIRED - TIME OF INCIDENT** (Horad del Incidente): 10:59 AM
**REQUIRED - SPECIFIC LOCATION OF INCIDENT** (Lugar Específico del Incidente): DIV-10-3D
**REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED** (Nombre y/o Identificación del Acusado): Don't know name but officer from DIV 10-3D

On 3-22-18 the Nurse came to Div-10 3D passing out medication and I didn't hear them call for medication and when they call for last call I didn't hear because my hearing problem. I can't hear out of my left ear and half out my right ear so a inmate came and told me they call for last call so I walk to the inner lock when the nurse she was still on the wing when I got to the door asking the nurse for my medication the officer that was working 3D step in my face and said

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** (Nombre del personal o presos que tengan información:)
all inmates on 3-D in Div 10

**INMATE SIGNATURE:** (Firma del Preso): [signature]

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW/PLATOON COUNSELOR (Print):** D Wilson
**SIGNATURE:** D GJL
**DATE CRW/PLATOON COUNSELOR RECIEVED:** 3/23/18

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**
**SIGNATURE:**
**DATE REVIEWED:**

(FCN-40a)(AUG 16)  (WHITE COPY – INMATE SERVICES)  (YELLOW COPY – CRW/PLATOON COUNSELOR)  (PINK COPY – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)* 2 of 3

**CONTROL #:**
**INMATE ID #:**

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! *(! Para ser llenado solo por el personal de Inmate Services !)*

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance
- ☐ Cermak Health Services
- ☐ Superintendent: _____
- ☐ Other: _____

**PRINT - INMATE LAST NAME** *(Apellido del Preso):* Anderson
**PRINT - FIRST NAME** *(Primer Nombre):* Clarence
**INMATE BOOKING NUMBER** *(# de identificación del detenido):* 20160300024
**DIVISION** *(División):* 8 RTU
**LIVING UNIT** *(Unidad):* 3G
**DATE** *(Fecha):* 3-22-18

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
- The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
- The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
- The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
- The grievance issue must not contain offensive or harassing language.
- The grievance form must not contain more than one issue.
- The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA *(GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT)*

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
- El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
- El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarías a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
- El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
- El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
- El asunto de la queja no puede contener lenguaje ofensivo o amenazante
- La solitud de la queja no puede contener más de un asunto.
- El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

**REQUIRED - DATE OF INCIDENT** *(Fecha Del Incidente):* 3-22-18
**REQUIRED - TIME OF INCIDENT** *(Hora Del Incidente):* 10:59 AM
**REQUIRED - SPECIFIC LOCATION OF INCIDENT** *(Lugar Específico Del Incidente):* Div-10-3D
**REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED** *(Lugar Específico Del Incidente):* Don't Know name but Officer from Div 10 3D

No she is not going to give you Anything then I told him to call me A sgt. he told me no And if I don't get out the Door he was going put his hands on me. the officer then the officer push me to the floor and I Hit my Head And hurt my BACK on the floor And I WALK With A cane because my foot is messed up because I have been shot in my face And the bullet is still in my Head And all of this Are in my Medical Record this was was told to the Doctor when I came through Intake

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** *(Nombre del personal o presos que tengan información:)* all inmates on 3-D in Div 10

**INMATE SIGNATURE:** *(Firma del Preso/Fecha):* CA

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW/PLATOON COUNSELOR (Print):** D. Wilson
**SIGNATURE:** DW
**DATE CRW/PLATOON COUNSELOR RECIEVED:** 3/23/18
**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**
**SIGNATURE:**
**DATE REVIEWED:**

(FCN-40a)(AUG 16)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK COPY – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)* 3 of 3

EXHIBIT D

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance
- ☐ Cermak Health Services
- ☐ Superintendent: _____
- ☐ Other: _____

**CONTROL #:**
**INMATE ID #:**

**PRINT - INMATE LAST NAME** *(Apellido del Preso)*: Anderson
**PRINT - FIRST NAME** *(Primer Nombre)*: Clarence
**INMATE BOOKING NUMBER**: 20160130002

**DIVISION**: 8 RTU
**LIVING UNIT**: 3G
**DATE**: 3-22-18

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
- The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
- The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).
- The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
- The grieved issue must not contain offensive or harassing language.
- The grievance form must not contain more than one issue.
- The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA (GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT)

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
- El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
- El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarías a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
- El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
- El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
- El asunto de la queja no puede contener lenguaje ofensivo o amenazante
- La solitud de la queja no puede contener más de un asunto.
- El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

**REQUIRED - DATE OF INCIDENT** *(Fecha Del Incidente)*: 3-22-18
**REQUIRED - TIME OF INCIDENT** *(Hora Del Incidente)*: 10:59 AM
**REQUIRED - SPECIFIC LOCATION OF INCIDENT** *(Lugar Específico Del Incidente)*: Div 10, 3-D
**REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED** *(Lugar Específico Del Incidente)*: Don't know name but Officer from Div-10-3A

So it is in my Medical Record that I have these problem and the Officer and Sgt. lay me lay on the floor for over a hour and then they ~~tryed to~~ pick me up when I told them my BACK is hurting me And I tryed to get up. And I felled Down then they tryed to put me in A wheel chair then when they couldn't ~~~~ put me in the wheel chair they got Discipline chair and put me in Did No Nurse come to see about me. And All of this is on camera I ask that it be pull the Incident Number is 2008-

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** *(Nombre del personal o presos que tengan información:)* all inmates on 3-D in Div 10

**INMATE SIGNATURE:** *(Firma del Preso/Fecha)*: [signature]

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

**CRW/PLATOON COUNSELOR (Print):** D. Wilson
**SIGNATURE:** D. W.
**DATE CRW/PLATOON COUNSELOR RECIEVED:** 3/23/18

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**
**SIGNATURE:**
**DATE REVIEWED:**

(FCN-40a)(AUG 16)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina Del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
*(Formulario de Queja del Preso/ Apelación)*

EXHIBIT 3
2018 260

**CONTROL NUMBER:** 034248
**INMATE #:** 02S2724

### INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

**INMATE LAST NAME** *(Apellido del Preso)*: Anderson
**INMATE FIRST NAME** *(Primer Nombre)*: Clarence
**ID Number** *(# de Identificación)*: 20160130024

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** 260 Misconduct (Physical) by

**IMMEDIATE CRW RESPONSE (if applicable):** Command Staff alerted + Person staff given a copy. Detainee advised to seek medical

**CRW/ REFERRED THIS GRIEVANCE TO** *(Example: Superintendent, Cermak Health Services)*: O.P.R. I.S.
**DATE REFERRED:** 3/23/18

### RESPONSE BY PERSONNEL HANDLING REFERRAL

See Attached

**PERSONNEL RESPONDING TO GRIEVANCE (Print):** Patterson Dr.
**SIGNATURE:** [signature]
**DIV./DEPT.:** I/S
**DATE:** 3/23/18

### THIS SECTION IS TO BE COMPLETED BY INMATE!

**INMATE SIGNATURE** *(Firma del Preso)*: Clarence
**DATE RESPONSE WAS RECEIVED:** 3/23/18

### INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*
### THIS SECTION IS TO BE COMPLETED BY INMATE!

- To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
*(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*

- Independent of the CCDOC procedure and after receiving an appeal decision, if you are dissatisfied with the outcome, you must submit the appeal grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.
*(De manera independiente del procedimiento del CCDOC, y tras recibir la resolución de una apelación, si no está satisfecho con el desenlace, debe enviar la queja de la apelación a Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.)*

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** 3/23/18

**INMATE'S BASIS FOR AN APPEAL:** the officer did push me down and now I am haveing headache and back pain the office who did this work 7-3 shif on Div-10-3D I wont to make sure that a Investagation take place

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** Yes ☐ No ☐

**INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** Original Response to stand; however, inmate should address his alleged on-going medical issues directly with medical staff.

**INMATE SERVICES DIRECTOR/DESIGNEE:** J Mueller
**SIGNATURE:** [signature]
**DATE:** 3/27/18

### THIS SECTION IS TO BE COMPLETED BY INMATE!

**INMATE SIGNATURE** *(Firma del Preso)*: [signature]
**DATE APPEAL RESPONSE WAS RECEIVED:** 4/6/18

(FCN-40b) (AUG 16)  (WHITE COPY – INMATE SERVICES)  (YELLOW COPY – C.R.W.)  (PINK COPY – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

**CONTROL #:**
**INMATE ID #:**

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! *(! Para ser llenado solo por el personal de Inmate Services !)*

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance
- ☐ Cermak Health Services
- ☐ Superintendent: _____
- ☐ Other: _____

**PRINT - INMATE LAST NAME** *(Apellido del Preso)*: Anderson
**PRINT - FIRST NAME** *(Primer Nombre)*: Clarence
**INMATE BOOKING NUMBER** *(# de identificación del Preso)*: 20160130024
**DIVISION** *(División)*: 6
**LIVING UNIT** *(Unidad)*: 2-D
**DATE** *(Fecha)*: 3-28-17

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
- The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
- The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).
- The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
- The grieved issue must not contain offensive or harassing language.
- The grievance form must not contain more than one issue.
- The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
- El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
- El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarías a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
- El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
- El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
- El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
- El asunto de la queja no puede contener lenguaje ofensivo o amenazante
- La solitud de la queja no puede contener más de un asunto.
- El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

**REQUIRED - DATE OF INCIDENT** *(Fecha del Incidente)*: 3/28/17
**REQUIRED - TIME OF INCIDENT** *(Horad del Incidente)*: N/A
**REQUIRED - SPECIFIC LOCATION OF INCIDENT** *(Lugar Específico del Incidente)*: Div 6
**REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED** *(Nombre y/o Identificación del Acusado)*: N/A

I have a physical disabilities, a mental health disabilities and I'm deaf in my left ear and hard of hearing in my right ear. At this time I'm being housed in Div 6, day say this is a medical unit that I'm on but, not all the inmate on this unit (Div 6 2D) have a medical problem or mental health problem. This been going on form 11-20-16 or 11-21-16 to the Date of today 3-28-17. Can I please see some one so I can get move to a real physical/mental health Div, like 10 or 8. I need the help. Can some one please help?

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** *(Nombre del personal o presos que tengan información:)*
Mr Clarence Anderson 20160130024

**INMATE SIGNATURE:** *(Firma del Preso)*: [signed]

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW/PLATOON COUNSELOR (Print):** [illegible]
**SIGNATURE:** [illegible]
**DATE CRW/PLATOON COUNSELOR RECIEVED:** [illegible]

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**
**SIGNATURE:**
**DATE REVIEWED:**

(FCN-40a)(AUG 16)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK COPY – INMATE)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## NON-COMPLIANT GRIEVANCE RESPONSE FORM
*(Interno no Queja Solicitud Respuesta)*

EXHIBIT QF

### INMATE INFORMATION

| PRINT - INMATE LAST NAME: | PRINT - FIRST NAME: | INMATE BOOKING NUMBER: |
|---|---|---|
| denson | Clarence | 20160130024 |
| DIVISION: 6 | LIVING UNIT: 2D | INMATE'S GRIEVANCE FORM DATE: 3/28/17 |
| INMATE # (SHORT #): 0282724 | GRIEVANCE CODE: 400 | DETERMINED BY C.R.W.: |

### REASONS FOR GRIEVANCE NON-COMPLIANCE AND/OR ACTION REQUIRED RESPONSE

Your grieved issue is not being processed due to the checked area(s) below. This grieved issue will not be assigned a control #, cannot be appealed and remedies cannot be exhausted

☒ The grieved issue is one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
☐ The grieved issue did not occur within the last 15 calendar days nor is it an allegation is of sexual assault, harassment, voyeurism, or abuse. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).
☐ The grieved issue is a repeat submission of a grievance collected within the last 15 calendar days.
☐ The grieved issue is a repeat submission of a grievance that previously received a response and was appealed.
☐ The grieved issue is repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
☐ Offensive or harassing language was used
☐ The grievance form contains more than one issue.
☐ The grievance issue pertains to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.
☐ Other reason not listed

### RAZÓN PORQUE LA QUEJA NO ES CONFORME Y/O ACCIÓN REQUERIDA

El asunto quejado no se está procesando por las siguientes razones que están marcadas debajo. El asunto quejado no se le asignará un número de control, no puede ser apelado y los remedios no se pueden agotar.

☐ El asunto de la queja es uno de los siguientes temas, que no se consideran quejas formales: Formulación de reglas del departamento, clasificación del detenido incluyendo designación del detenido, tal como riesgo de seguridad o custodia de protección para los detenidos, o decisiones del oficial de audiencias disciplinarias para los detenidos.
☐ El asunto de la queja debe haber ocurrido dentro de los 15 días calendario, y no se trata de acoso sexual, hostigamiento, voyerismo, o abuso. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
☐ El asunto de la queja no debe ser repetido de una queja que fue sometido dentro los 15 días calendarios.
☐ El asunto de la queja es una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta o ya ha sido apelada.
☐ El asunto de la queja es una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y usted decidió no someter una apelación sobre la decisión dada en los 15 días calendario.
☐ El asunto de la queja contiene lenguaje ofensivo o amenazante.
☐ La solitud de la queja contiene más de un asunto.
☐ El asunto de la queja corresponde asuntos no relacionados con la cárcel, tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.
☐ Otra razón

The Grieved issue is one of the following Non-Grievable matters formulation of departmental policies inmate classification includin designation of an inmate as a security risk or protective custody inmate or disciplinary hearing officer. The security staff has been Notified of the inmates stated issues. ADA Compliance officer has also been Notified.

| NAME OF INDIVIDUAL RESPONDING: | SIGNATURE OF INDIVIDUAL RESPONDING: | DATE: |
|---|---|---|
| CKurt Vaughn | CKurt Vaughn | 3/30/17 |

### INMATE SIGNATURE

| INMATE'S SIGNATURE OF RECEIPT: | DATE RESPONSE RECEIVED: |
|---|---|
| [signature] | 3/31/17 |

(FCN-40c)(AUG 16)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK COPY – INMATE)

Clarence Anderson
#20160130024
P.O. Box 089002
Chicago IL, 60608



United States District Court
219 S. Dearborn Street 20th Floor
Chicago IL 60604


07/31/2018-59

1:18-cv-05219
Judge Gary Feinerman
Magistrate Judge Maria Valdez
PC 9

2018 JUL 31 AM 9:18